UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1345
_____

KYMBERLEY COLE ROSENCRANS,
                              Appellant

v.

QUIXOTE ENTERPRISES, INC., d/b/a Adult World; CHARLES ERIC MORROW
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-17-cv-00055)
District Judge:  Honorable Richard P. Conaboy
_____

Submitted Under Third Circuit LAR 34.1(a)
November 2, 2018

Before:  CHAGARES, JORDAN, and VANASKIE, *Circuit Judges*
_____

JUDGMENT
_____

      This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on November 2, 2018. On consideration whereof,

      It is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on January 19, 2018, is hereby VACATED and the case

REMANDED for further proceedings.  All of the above in accordance with the opinion of the Court.  The parties to bear their own costs.

                      ATTEST:

                      s/ Patricia S. Dodszuweit
                      Clerk

DATE: November 27, 2018